This memorandum opinion was not selected for publication in the New Mexico Appellate Reports. Please see Rule 12-405 NMRA for restrictions on the citation of unpublished memorandum opinions. Please also note that this electronic memorandum opinion may contain computer-generated errors or other deviations from the official paper version filed by the Court of Appeals and does not include the filing date.

# IN THE COURT OF APPEALS OF THE STATE OF NEW MEXICO

**STATE OF NEW MEXICO,**

Plaintiff-Appellee,

v.                                                 **NO. A-1-CA-36886**

**RAYMOND DEAL,**

Defendant-Appellant.

**APPEAL FROM THE DISTRICT COURT OF SAN JUAN COUNTY**
**Daylene A. Marsh, District Judge**

Hector H. Balderas, Attorney General
Santa Fe, NM

for Appellee

Bennett J. Baur, Chief Public Defender
Santa Fe, NM
Steven James Forsberg, Assistant Appellate Defender
Albuquerque, NM

for Appellant

## MEMORANDUM OPINION

**VIGIL, Judge.**

{1}      Defendant Raymond Deal challenges the sufficiency of the evidence to support a judgment and sentence for driving while under the influence of intoxicating liquor, entered following a jury trial. [DS 3] Defendant's docketing statement asserted that the trial evidence included testimony from the arresting officer, a BAC card showing .07, and a dash-cam video of Defendant performing field sobriety tests before his arrest. [DS 2-3] This Court issued a calendar notice proposing to affirm on the basis that, viewed in the light most favorable to the verdict, a rational trier of fact could have determined that Defendant was driving while impaired. [CN 3] Defendant has filed a memorandum in opposition to that proposed disposition.

{2}      In that memorandum, Defendant continues his general assertion that the evidence was insufficient to support his conviction. We remain unpersuaded. *See State v. Mondragon*, 1988-NMCA-027, ¶ 10, 107 N.M. 421, 759 P.2d 1003 (explaining that the repetition of earlier arguments does not meet a party's burden to come forward and specifically point out errors of law or fact in a notice of proposed summary disposition, *superseded by statute on other grounds as stated in State v. Harris*, 2013-NMCA-031, ¶ 3, 297 P.3d 374)). Accordingly, for the reasons stated in this Court's notice of proposed disposition, we affirm Defendant's conviction.

{3}      **IT IS SO ORDERED.**

2

_____

**MICHAEL E. VIGIL, Judge**

**WE CONCUR:**

_____

**J. MILES HANISEE, Judge**

_____

**STEPHEN G. FRENCH, Judge**